IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LENROY McLEAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-25-1165-PRW |
| | ) |
| PAMELA BONDI, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is Magistrate Judge Suzanne Mitchell's Report and Recommendation (Dkt. 11), recommending that Petitioner's Petition for Writ of Habeas Corpus (Dkt. 1) be dismissed. Judge Mitchell advised Petitioner of his right to object to the Report and Recommendation and that any failure to object would result in a waiver of the right to appellate review.[1] Petitioner has filed no objection to the Report and Recommendation.[2]

---

[1] *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

[2] Judge Mitchell's Report and Recommendation was mailed to Petitioner but was returned as undeliverable. (Dkts. 12, 13, 15, 16, and 17). However, Petitioner has not notified the Court of any changes in his address as required under Local Civil Rule 5.4. Rather, the United States has informed the Court that Petitioner has been removed from the United States to Jamaica. Petitioner attempted to provide notice to the Court that he has appointed an "authorized representative" to act on his behalf, but the Court finds that this arrangement would violate 28 U.S.C. § 1654's requirement that "[i]n all courts of the United States the parties may plead and conduct their own cases personally or by counsel . . . ." Accordingly, the Court disregards Petitioner's Notice (Dkt. 14).

1

This Court has reviewed Magistrate Judge Mitchell's Report and Recommendation (Dkt. 11) and agrees with the reasoning and conclusions therein. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation (Dkt. 11) in full. Petitioner's Petition (Dkts. 1) is **DISMISSED WITHOUT PREJUDICE**. Further, Petitioner's Motion for Temporary Restraining Order (Dkt. 7) is **DENIED AS MOOT** and Petitioner's Notice of Removal (Dkt. 14) is **STRICKEN**.

**IT IS SO ORDERED** this 14th day of November 2025.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE