## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

LENROY McLEAN,                          )
                                        )
            Petitioner,                 )
                                        )
v.                                      )        Case No. CIV-25-1165-PRW
                                        )
PAMELA BONDI, In Her Official           )
Capacity as Attorney General, *et al.*, )
                                        )
            Respondents.                )

## JUDGMENT

In accordance with the Court's Order entered this date, the Petition for Writ of Habeas Corpus is **DENIED**. This judgment fully and finally resolves all claims and terminates this civil action.

**ENTERED** this 14th day of November 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1